IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3113 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDY BONK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the hearing on plaintiff's Rule 35 motion (Filing No. 41) is rescheduled for:

**Friday, July 22, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  Defendant need not be present.

DATED this 24th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court